IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHELBY JENSON, | ) |
|     Plaintiff, | ) Case No.: 1:22-cv-01100 |
| v. | ) |
| LOWE'S HOME CENTERS, LLC, | ) |
| THE SCOTTS COMPANY, LLC and | ) |
| SCOTTS LIVE GOODS HOLDINGS, INC. | ) |
|     Defendants. | ) |

**NOTICE OF REMOVAL**

Now comes Defendant, Lowe's Home Centers, LLC ("Defendant"), by counsel and pursuant to 28 U.S.C. §1441, 28 U.S.C. §1446 and 28 U.S.C. §1332, hereby files its Notice of Removal of cause to the United States District Court for the Southern District of Indiana, Indianapolis Division, from the Hendricks County Superior Court No. 1, Danville, Indiana, and respectfully states:

1.　On May 4, 2022, Plaintiff Shelby Jenson ("Plaintiff") commenced this action against Defendants by filing her Complaint for Damages ("Complaint") in Cause No. 32C01-2205-CC-000550 in the Superior Court of Hendricks County, Indiana alleging that Defendants were negligent in utilizing reasonable care, storage and maintenance of Scott's Turf Builder on the premises causing the Plaintiff to sustain serious and permanent bodily injuries as alleged in Plaintiff's Complaint.

2.　Defendant accepted service of the Summons and Complaint on or about May 5, 2022.

3.      In accordance with 28 U.S.C. § 1446(a) and S.D. Ind. L.R. 81.2 a copy of the Complaint and a copy of the State Court Record with the docket sheet, all pleadings motions and other filings, organized in chronological order by the state court filing date are attached hereto as **Exhibit A and B** respectively.

4.      This action involves a controversy between citizens of different states: (a) The Plaintiff, is a citizen and resident of the State of Indiana; (b) At the time of the commencement of this action Defendant Lowe's was not, and is not a citizen of the State of Indiana, being a limited liability company organized and existing under the laws of the State of North Carolina, with its principal place of business in North Carolina. Lowe's Home Centers, LLC is a manager-managed LLC with a single member, Lowe's Companies, Inc. Lowe's Company, Inc. is a North Carolina foreign corporation with its principal place of business in North Carolina. The Scotts Company, LLC is an Ohio limited liability company based in Marysville, Ohio. Its sole member is The Scotts Miracle-Gro Company, an Ohio corporation with a principal place of business in Marysville, Ohio. Scotts Live Goods Holdings, Inc., is an Ohio corporation with a principal place of business in Marysville, Ohio.

5.      Plaintiff has made a demand significantly in excess of $75,000.00 based in part of her allegations that she suffered spinal compression fractures, headaches, vision changes, hearing loss and depression among other alleged injuries.

6.      Counsel for Lowe's has conferred with Tammy Meyer, counsel for the Scotts Company, LLC and Scotts Live Goods Holdings, Inc. and has been advised that they consent to the removal of this action.

7.      That this action is one which the District Court of the United States has been given original jurisdiction pursuant to 28 U.S.C. §1332.

8. As required by 28 U.S.C. § 1446(b), this Notice of Removal is being filed within 30 days after Defendant's receipt of information advising that the claim meets the jurisdictional requirements.

9. Pursuant to 28 U.S.C. § 1332(a), this Court has original jurisdiction over this civil action in that it involves a controversy between citizens of different states and the amount in controversy as alleged by Plaintiff based on information to date exceeds $75,000.00, exclusive of interest and costs. Thus, removal is proper in accordance with 28 U.S.C. § 1441(a).

10. Pursuant to 28 U.S.C. § 1446(d), Defendant is filing a Notice of Filing the Notice of Removal with the Clerk of the Circuit Court of Lawrence County, Indiana contemporaneously with the filing of said Notice of Removal in this Court, giving notice to all parties and the State Court. A copy of the Notice of Filing the Notice of Removal (without its exhibits) is attached hereto as **Exhibit C**.

11. Defendant has not filed any responsive pleadings in the State Court Action.

**WHEREFORE,** Defendant respectfully requests that this action proceed in the United States District Court for the Southern District of Indiana as a removed claim or cause of action under 28 U.S.C. §§, 1332, 1441 and 1446.

Respectfully submitted,

/s/ Pamela A. Paige
Pamela A. Paige (#16163-49)
PLUNKETT COONEY, P.C.
201 N. Illinois Street
South Tower, 16th Floor
Indianapolis, IN 46204
Ph: (317) 964-2730 / Fax: (248) 901-4040
ppaige@plunkettcooney.com
*Attorney for Lowe's Home Centers, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 27, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the CM/ECF System. Parties may access this filing through the Court's system:

John C. Cox (#24584-49)
David J. Tipton (#2125-98)
BLEEKER BRODEY & ANDREWS
jcox@bbanda.com
dtipton@bbanda.com

Tammy J. Meyer
METZER ROSTA LLP
tammy@metzgerrosta.com

                                                  /s/ Pamela A. Paige
                                                  Pamela A. Paige (16163-49)

PLUNKETT COONEY, P.C.
201 N. Illinois Street
South Tower, 16th Floor
Indianapolis, Indiana 46204
Telephone: (317) 964-2730
ppaige@plunkettcooney.com

Open.11349.21738.28905248-1