| STATE OF INDIANA | ) | | HENDRICKS _____ COURT |
|---|---|---|---|
| | ) | SS: | |
| COUNTY OF HENDRICKS | ) | | CAUSE NO.: |

| SHELBY JENSON, | ) |
|---|---|
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) **JURY TRIAL DEMANDED** |
| | ) |
| LOWE'S HOME CENTERS, LLC, | ) |
| THE SCOTTS COMPANY, LLC, and | ) |
| SCOTTS LIVE GOODS HOLDINGS, INC., | ) |
| | ) |
| *Defendants*. | ) |

## COMPLAINT FOR DAMAGES

Plaintiff Shelby Jenson, through counsel, sues Defendants Lowe's Home Centers, LLC, The Scotts Company, LLC, and Scotts Live Goods Holdings, Inc., jointly and severally for damages and alleges:

### Parties and Venue

1. Plaintiff Shelby Jenson (hereinafter "Ms. Jenson" or "Plaintiff") is a resident of Hendricks County, Indiana.

2. Defendant Lowe's Home Centers, LLC ("Lowe's") is a foreign limited liability company with its principal place of business in North Carolina, doing business in Hendricks County, Indiana.

3. Defendant The Scotts Company, LLC ("Scotts Company") is a foreign limited liability company with its principal place of business in Ohio, doing business in Hendricks County, Indiana.

**EXHIBIT A**

4.       Defendant Scotts Live Good Holdings, Inc. ("Scotts Live Goods"), is a foreign corporation with its principal place of business in Ohio, doing business in Hendricks County, Indiana.

5.       At all times relevant to the allegations in this Complaint Defendants were authorized to do business in the State of Indiana.

6.       Venue is appropriate in Hendricks County, Indiana as all factual matters relevant to this lawsuit occurred in Hendricks County, Indiana.

## Allegations Common to All Counts

7.       On May 8, 2020 during normal business hours, Ms. Jenson visited Lowe's store number 2681, located at 630 W. Northfield Drive, Brownsburg, (in Hendricks County), Indiana (the "Lowes Store").

8.       While walking through an aisle of the Lowe's Store, accompanied by her mother and sister – suddenly and without warning – Ms. Jenson was struck by numerous forty (40) lb. bags of Scott's Turf Builder weighing approximately 200 lbs. in total. The Scott's Turf Builder bags fell directly on her from shelving approximately 30 feet above her, knocking her to the ground unconscious.

9.       As a direct and proximate result of being struck by the bags of Scott's Turf Builder, Ms. Jenson sustained numerous catastrophic injuries, including but not limited to multiple compression fractures of her spine at T1-T7, a C6 spinous process fracture, cervical strains, a left foot dislocation, a fracture of the fifth toe on her left foot, tears of the medical collateral ligament and lateral collateral ligament of the left foot, idiopathic intracranial hypertension with papilledema, and a concussion with post-concussive syndrome.

10. As a result of her injuries sustained at the Lowe's Store, Ms. Jenson was required to seek and receive medical intervention and treatment by numerous doctors and treatments, resulting in Ms. Jenson incurring substantial medical expenses.

11. As a result of her injuries, Ms. Jenson has lost wages for the time she missed from work.

12. Many of Ms. Jenson's injuries are permanent in nature and will require ongoing medical treatment, and future medical treatment, which will cause her to incur additional medical expenses in the future and additional lost wages.

13. At the time of this incident Ms. Jenson was a college student who was completing coursework to become a nurse. As a result of her injuries, Ms. Jenson had difficulty completing her required classwork in the same manner as she did prior to her injuries as a result of her injuries sustained at the Lowe's Store and post-concussive syndrome.

14. As a result of being struck by the heavy falling bags at the Lowe's Store, Ms. Jenson now has ongoing injuries, medical issues, physical deficits, functional limitations, pain and suffering, and daily lingering issues associated with her post-concussive syndrome and the multiple compression fractures to her spine.

**Count I: Lowe's – Negligence**

15. Plaintiff incorporates by reference rhetorical paragraphs of 1 - 14 as if fully set forth herein.

16. Lowe's, by and through its agents and/or employees, negligently stacked and stored the forty (40) lb. bags of Scott's Turf Builder on the store shelving high above the shopping aisle on which Ms. Jenson walked while in the Lowe's Store on May 8, 2020.

17. As a result of Lowe's negligence, numerous bags of Scott's Turf Builder fell on Ms. Jenson, a business invitee of Lowe's, directly and proximately causing her serious injuries, many of which are permanent in nature.

18. Had the numerous bags of Scott's Turf Builder been properly stored, maintained and/or stacked on the store shelving, it would not have fallen on Plaintiff and caused her to sustain serious and permanent bodily injuries.

19. As a direct and proximate result of Defendant Lowe's negligence, Plaintiff has been damaged in that she has sustained serious personal injuries, many of which are permanent in nature, and as a result, she has incurred medical expenses, lost wages, and pain and suffering.

20. As a direct and proximate result of Defendant Lowe's negligence, Plaintiff must continue to treat for her injuries on an ongoing basis and will incur future medical expenses and lost wages in the future.

21. As a direct and proximate result of Defendant Lowe's negligence, Plaintiff's ability to perform the essential duties of her job has been impeded, as was her ability to complete her college coursework in the same manner as she had prior to her injuries.

WHEREFORE, Plaintiff, Shelby Jenson, by counsel, prays for judgment against the Defendant, Lowe's, in an amount to be proven at trial, for the damages resulting from its negligence, including but not limited to Plaintiff's medical bills, future medical bills, lost wages, future lost wages, pain and suffering, for pre-judgment interest, and for all other relief just and proper in the premises.

## Count II: The Scotts Company – Negligence

22.     Plaintiff hereby incorporates by reference rhetorical paragraphs 1-14 and 16 -21 above as if set forth fully herein.

23.     The Scotts Company (the "Scotts Company"), by and through its agents and/or employees, negligently shrink-wrapped, failed to shrink-wrap, or failed to provide proper instructions to Lowe's regarding the proper way to store the numerous forty (40) lb. bags of Scott's Turf Builder that was placed on the Lowe's Store shelving high above the Lowe's Store aisle upon which Ms. Jenson walked in the Lowe's Store on May 8, 2020.

24.     As a result of the Scotts Company's negligence, numerous bags of Scott's Turf Builder fell on Ms. Jenson, a Lowe's Store business invitee, causing her to sustain serious injuries, many of which are permanent in nature.

25.     As a direct and proximate result of Defendant the Scott Company's negligence, Plaintiff has been damaged in that she has sustained serious personal injuries, many of which are permanent in nature and as a result she has incurred medical expenses, lost wages, and pain and suffering.

26.     As a direct and proximate result of Defendant the Scott Company's negligence, Plaintiff must continue to treat for her injuries on an ongoing basis and will incur future medical expenses and lost wages in the future.

27.     As a direct and proximate result of Defendant the Scott Company's negligence, Plaintiff's ability to perform the essential duties of her job has been impeded, as was her ability to study for her college nursing courses and complete her coursework in the same manner she had prior to her injuries.

WHEREFORE, Plaintiff, Shelby Jenson, by counsel, prays for judgment against Defendant the Scotts Company, in an amount to be proven at trial, for the damages resulting from its negligence, including but not limited to Plaintiff's medical bills, future medical bills, lost wages, future lost wages, pain and suffering, for pre-judgment interest, and for all other relief just and proper in the premises.

### Count III: Scotts Live Goods – Negligence

28. Plaintiff incorporates by reference all rhetorical paragraphs 1-14, 16-21 and 23-27 alleged above.

29. Scotts Live Goods, by and through its agents and/or employees, negligently shrink-wrapped, failed to shrink-wrap, or failed to provide proper instructions to Lowe's regarding the proper way to store the numerous forty (40) lb. bags of Scott's Turf Builder that was placed on the Lowe's Store shelving high above the Lowe's Store aisle upon which Ms. Jenson walked in the Lowe's Store on May 8, 2020.

30. As a result of Scott Live Goods' negligence, numerous bags of Scott's Turf Builder fell on Ms. Jenson, a Lowe's Store business invitee, causing her to sustain serious injuries, many of which are permanent in nature.

31. As a direct and proximate result of Defendant Scotts Live Goods' negligence, Plaintiff has been damaged in she has sustained serious personal injuries, many of which are permanent in nature and as a result she has incurred medical expenses, lost wages, and pain and suffering.

6

32.     As a direct and proximate result of Defendant Scotts Live Goods' negligence, Plaintiff must continue to treat for her injuries on an ongoing basis and will incur future medical expenses and lost wages in the future.

33.     As a direct and proximate result of Defendant Scotts Live Goods' negligence, Plaintiff's ability to perform the essential duties of her job was impeded, as was her ability to study for her college nursing courses and complete her coursework in the same manner she had prior to her injuries.

WHEREFORE, Plaintiff, Shelby Jenson, by counsel, prays for judgment against the Defendant Scotts Live Goods, in an amount to be proven at trial, for the damages resulting from its negligence, including but not limited to Plaintiff's medical bills, future medical bills, lost wages, future lost wages, pain and suffering, for pre-judgment interest, and for all other relief just and proper in the premises.

## DEMAND FOR JURY TRIAL

Plaintiff, Shelby Jenson, through counsel, respectfully requests a trial by jury on all issues so triable.

Respectfully submitted,

**BLEEKER BRODEY & ANDREWS**

/s/ John C. Cox
John C. Cox, Attorney #24584-49
David J. Tipton, Attorney #2125-98
*Counsel for Plaintiff*

JOHN C. COX
DAVID J. TIPTON
BLEEKER BRODEY & ANDREWS
9247 N. Meridian Street, Suite 101
(p) 888-574-0700
jcox@bbanda.com| dtipton@bbanda.com

8