UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHELBY JENSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| LOWE'S HOME CENTERS, LLC | ) ) ) |
| Defendant. | ) |

Case No. 1:22-cv-01100-JRS-CSW

### ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff SHELBY JENSON and Defendant LOWE'S HOME CENTERS, LLC, by and through their respective counsel, having stipulated and moved this Court to dismiss this cause of action in its entirety with prejudice, and this Court being duly advised:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this cause of action is hereby dismissed with prejudice, with each party bearing their own costs and fees.

SO ORDERED.

Date: 6/28/2024

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to all ECF-registered counsel of record.